

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00472-CV

James **PEREZ**,
Appellant

v.

Jaime **CERDA** and Carmen Cerda,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2021CVI001809-D3
Honorable David E. Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Because the motion to dismiss does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED April 2, 2025.

_____
Lori Massey Brissette, Justice